

NUMBER 13-08-00516-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MARCELINO PERALES AND
MARIA DE JESUS PERALES,                                    Appellants,

v.

JOSE GUTIERREZ, ET AL.,                                    Appellees.

On appeal from the 398th District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

Before Justices Yanez, Garza, and Vela
Memorandum Opinion Per Curiam

Appellants, Marcelino Perales and Maria de Jesus Perales, attempted to perfect an

appeal from a judgment entered by the 398th District Court of Hidalgo County, Texas, in

cause number C-765-04-I. Judgment in this cause was signed on May 6, 2008. A motion

for new trial was filed on June 4, 2008.  Pursuant to Texas Rule of Appellate Procedure 26.1, appellants' notice of appeal was due on August 4, 2008, but was not filed until August 26, 2008.

On September 3, 2008, the Clerk of this Court notified appellants of this defect so that steps could be taken to correct the defect, if it could be done.  Appellants were advised that, if the defect was not corrected within ten days from the date of receipt of this Court's letter, the appeal would be dismissed. To date, no response has been received from appellants providing a reasonable explanation for the late filing of the notice of appeal.

The Court, having examined and fully considered the documents on file, appellants' failure to timely perfect their appeal, and appellants' failure to respond to this Court's notice, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is hereby DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a)(c).

PER CURIAM

Memorandum Opinion delivered and
filed this the 15th day of January, 2009.